**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICOLAS TAMAYO LEON, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURETRANS, INC. DBA AXIOM ARMORED; SECURETRANS, INC. DBA SECURED TRANSPORT; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:26-cv-3482-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT SECURETRANS, INC.'S DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: September 21, 2026** |

The Court, having considered the parties' Stipulated Motion to Extend Defendant SecureTrans, Inc.'s, including all trade names under which it is named in the Complaint, including Secured Transport and Axiom Armored Deadline, to Respond to Class Action Complaint (Dkt. # 6), and finding good cause, hereby ORDERS:

1. Defendant SecureTrans, Inc.'s deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended through **October 26, 2026**.

2. Consistent with the parties' stipulation, Defendant SecureTrans, Inc. waives any defense under Federal Rules of Civil Procedure 12(b)(4) or 12(b)(5) based on the process or service of process described in the Stipulated Motion. All other defenses are preserved.

**IT IS SO ORDERED.**

DATED this 21st day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE