**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICOLAS TAMAYO LEON, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURETRANS, INC. DBA AXIOM ARMORED; SECURETRANS, INC. DBA SECURED TRANSPORT; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:26-cv-3482-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT SECURETRANS, INC.'S DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:** November 4, 2026 |

The Court, having considered the parties' Stipulated Motion to Extend Defendant SecureTrans, Inc.'s Deadline to Respond to Class Action Complaint (Dkt. # 11), and finding good cause, hereby ORDERS:

Defendant SecureTrans, Inc.'s deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended through **November 23, 2026**.

DATED this 4th day of November, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE